

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2015

No. 04-15-00512-CV

**IN RE LOWE'S HOME CENTERS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice
                 Jason Pulliam, Justice

Relator filed this petition for writ of mandamus on August 18, 2015. On August 28, 2015, relator advised that the issues raised by the mandamus petition have become moot, and requested that the proceeding be dismissed.

Relator's motion to dismiss as moot is GRANTED. The temporary abatement previously ordered by this court is LIFTED. This original mandamus proceeding and relator's expedited motion for stay of trial are DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on September 1, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2014-CI-09253, styled *John Salas v. Lowe's Home Centers, LLC; Lowe's Companies, Inc.; and Alfonso Lopez*, and 2015-CI-12273, styled *Leonardo Mercado v. Lowe's Home Centers, LLC; Lowe's Companies, Inc.; and Alfonso Lopez*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.